IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**O'QUINN PAUL LAMONT PURVIS**

    **Plaintiff,**

v.                                            Civ. No. 21-716 MV/JFR

**RAFAEL MARIN et al.,**

    **Defendants.**

## MEMORANDUM OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on United States Magistrate Judge John F. Robbenhaar's Proposed Findings and Recommended Disposition ("PFRD"), filed March 8, 2023, recommending that the Court dismiss Plaintiff's remaining claims without prejudice for failure to prosecute or comply with the Federal Rules of Civil Procedure, local rules, or orders of the Court. Doc. 41.  Objections to the PFRD were due by no later than March 22, 2023, with three additional days permitted for mailing.  *See id.*  No objections have been filed, and the deadline for doing so has expired.  The failure to make timely objections to the Magistrate Judge's PFRD waives appellate review of both factual and legal questions. *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 41) is **ADOPTED**.  Plaintiff's remaining claims are thereby **DISMISSED WITHOUT PREJUDICE.**

                                       _____
                                       MARTHA VÁZQUEZ
                                       Senior United States District Judge